**Appeal Dismissed and Memorandum Opinion filed February 4, 2021.**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00301-CV

## ANMOS TRANSPORTATION, INC. AND ANANT SHRESTHA, Appellants

## V.

## SANTANDER BANK, N.A., Appellee

**On Appeal from County Court at Law No. 3**
**Tarrant County, Texas**
**Trial Court Cause No. 2018-007723-3**

### MEMORANDUM OPINION

This appeal is from a judgment signed February 19, 2020. After the appeal was transferred by the Second Court of Appeals to this court pursuant to the March 31, 2020 transfer order of the Supreme Court of Texas, the clerk's record was filed June 24, 2020. No reporter's record was taken. No brief was filed.

On December 22, 2020, this court issued an order stating that unless appellant filed a brief on or before January 21, 2021, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM


Panel consists of Justices Bourliot, Zimmerer, and Spain.